Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59254.**—Ch. Chraime et al. *v.* United States, protests 221606–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves and squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59255.**—New York Merchandise Co., Inc. *v.* United States, protests 222804–K and 226602–K (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59256.**—Zado Goldenberg & Co. *v.* United States, protests 223475–K and 225206–K (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of so-called silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59257.**—Breton Looms Co., Inc., and N. M. Albert Co., Inc., et al. *v.* United States, protests 224018–K, etc. (New York).